FILED
U.S. DISTRICT COURT
SAVANNAH DIV
2013 MAR -6 AM 10:

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| FRED W. GRETSCH ENTERPRISES, LTD., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. CV412-264 |
| LOOG GUITARS, LLC, | ) ) ) |
| Defendant. | ) ) |

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 8.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has not filed an answer in this case, this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 6th day of March 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA