FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FRED W. GRETSCH ENTERPRISES, LTD.,

Plaintiff,

v.

LOOG GUITARS, LLC,

Defendant.

CASE NO. CV412-264

**O R D E R**

On March 6, 2013, this Court entered an order approving Plaintiff's Notice of Voluntary Dismissal and dismissed the action with prejudice. (Doc. 9.) After entering that order, Plaintiff notified the Court that it intended to dismiss without prejudice. Accordingly, the Court **VACATES** its prior order approving voluntary dismissal with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has not filed an answer in this case, this action is **DISMISSED WITHOUT PREJUDICE**. The case remains closed

SO ORDERED this 15th day of March 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA